## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRCT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC,<br>AN ILLINOIS CORPORATION,<br><br>PLAINTIFF,<br><br>vs.<br><br>GENSCRIPT CORPORATION,<br>LIFE TECHNOLOGIES CORPORATION,<br>DHARMACON, INC., OPEN BIOSYSTEMS,<br>INC., AND ABBOT BIORESEARCH<br>CENTER, INC.,<br>DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.<br><br>COMPLAINT FOR<br>PATENT INFRINGEMENT |

### NOTIFICATION AS TO AFFILIATES

As required by NDIL-LR 3.2, Plaintiff PSN Illinois, LLC, an Illinois corporation, provides the following information to the court:

The parent of PSN Illinois, LLC is PSN Limited, LLC, whose address is 2711 Centerville Road, Suite 300, PMB 817, Wilmington, DE 19808-1645. No public ownership of any kind exists in PSN Illinois, LLC, or PSN Limited, LLC.

Respectfully submitted,

/s/ Michael P. Mazza
Michael P. Mazza (IL Bar No. 6201609)
Dana L. Drexler (IL Bar No. 6291515)
Michael P. Mazza, LLC
686 Crescent Blvd.,
Glen Ellyn, IL 60139
P: 630-858-5071
E-Mail: mazza@mazzallc.com

Shawn M. Collins (IL Bar No. 6195107)
Robert L. Dawidiuk (IL Bar No. 6282717)
John A. Sopuch (IL Bar No. 6205578)
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
P: 630-527-1595
E-Mail: smc@collinslaw.com

*Attorneys for PSN Illinois, LLC*