IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRCT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC,<br>AN ILLINOIS CORPORATION,<br><br>　　　　　PLAINTIFF,<br><br>vs.<br><br>GENSCRIPT CORPORATION,<br>LIFE TECHNOLOGIES CORPORATION,<br>DHARMACON, INC., OPEN BIOSYSTEMS,<br>INC., AND ABBOT BIORESEARCH<br>CENTER, INC.,<br>　　　　　DEFENDANTS. | CASE NO.<br><br>COMPLAINT FOR<br>PATENT INFRINGEMENT |

## NOTICE OF CLAIM INVOLVING
## PATENTS PURSUANT TO LR 3.4 AND U.S. §290

Pursuant to LR 3.4 and 35 U.S.C. §290, Plaintiff PSN Illinois, LLC ("PSN"), having an address of 280 W. Adams Street, Chicago, Illinois 60604, hereby provides notice that this action involves three patents: United States Patent No. 5,585,476, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on December 17, 1996 ("the '476 patent"); United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Jan. 5, 1999 ("the '443 patent"); and United States Patent No. 6,518,414, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("the '414 patent") (collectively, "PSN's Patents") (copies attached to the Complaint).

PSN's Patents are alleged to be infringed in the action by the defendants: GenScript Corporation (GenScript), 120 Centennial Avenue, Piscataway, New Jersey

08854; Life Technologies Corporation, 5791 Van Allen Way, Carlsbad, California 92008; Dharmacon, Inc., 2650 Crescent Drive #100, Lafayette, Colorado 80026; Open Biosystems, Inc., 601 Genome Way Ste. 2100, Huntsville, Alabama 35806; and Abbott Bioresearch Center Inc., 100 Abbott Park Road, Abbott Park, Illinois 60064.

/s/ Michael P. Mazza
Michael P. Mazza (IL Bar No. 6201609)
Dana L. Drexler (IL Bar No. 6291515)
Michael P. Mazza, LLC
686 Crescent Blvd.,
Glen Ellyn, IL 60139
P: 630-858-5071
E-Mail:  mazza@mazzallc.com

Shawn M. Collins (IL Bar No. 6195107)
Robert L. Dawidiuk (IL Bar No. 6282717)
John A. Sopuch (IL Bar No. 6205578)
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
P:  630-527-1595
E-Mail:  smc@collinslaw.com

*Attorneys for PSN Illinois, LLC*