IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, | ) | |
| | ) | C.A. No. 1:09-CV-5879 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| GENSCRIPT CORPORATION, LIFE TECHNOLOGIES CORPORATION, DHARMACON, INC., OPEN BIOSYSTEMS, INC., and ABBOTT BIORESEARCH CENTER, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT ABBOTT BIORESEARCH CENTER, INC.'S
LOCAL RULE 3.2 DISCLOSURE**

Defendant Abbott Bioresearch Center, Inc. ("ABC"), by and through its undersigned attorneys, makes the following disclosure pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

ABC, which is a non-governmental corporate party, is a wholly owned subsidiary of Abbott Laboratories (NYSE: ABT), which indirectly owns more than 5% of ABC's stock. No other publicly held company holds more than 5% of its stock.

854562.1

Dated: January 4, 2010

Respectfully submitted,

By: /s/Lynn H. Murray

Lynn H. Murray
lmurray@grippoelden.com
Laura K. McNally
lmcnally@grippoelden.com
Claudia M. Rustad
cmrustad@grippoelden.com
GRIPPO & ELDEN LLC
111 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195

*Attorneys for Defendant*
*Abbott Bioresearch Center, Inc.*

*Of counsel:*

Amy K. Wigmore
amy.wigmore@wilmerhale.com
Jamie T. Wisz
jamie.wisz@wilmerhale.com
Amanda L. Major
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

854562.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2010, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

/s/Lynn H. Murray

854562.1