*MHN*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5879 | **DATE** | 1/13/2010 |
| **CASE TITLE** | PSN ILLINOIS, LLC vs. GENSCRIPT CORP., et al. | | |

**DOCKET ENTRY TEXT**

Enter Consent Judgment Order as to defendant Dharmacon, Inc. And Open Biosystems, Inc.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|



09C5879 PSN ILLINOIS, LLC vs. GENSCRIPT CORP., et al.

Page 1 of 1