MHN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRCT OF ILLINOIS
### EASTERN DIVISION

PSN ILLINOIS, LLC,
AN ILLINOIS CORPORATION,

     PLAINTIFF,

   vs.

GENSCRIPT CORPORATION,
LIFE TECHNOLOGIES CORPORATION,
DHARMACON, INC., OPEN BIOSYSTEMS,
INC., AND ABBOT BIORESEARCH
CENTER, INC.,

     DEFENDANTS.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

09CV5879

CASE NO. 09-cv-5879

## CONSENT JUDGMENT ORDER AS TO
## DEFENDANTS DHARMACON, INC. AND OPEN BIOSYSTEMS, INC.

  This action has come before the Court upon the pleadings and proceedings of record, and it has been represented to the Court that the parties, plaintiff PSN Illinois, LLC ("PSN") and defendants Dharmacon, Inc. and Open Biosystems, Inc. ("the Defendants"), collectively "the Parties," have agreed to a compromise and settlement of this action and have entered into a Confidential Settlement and License Agreement dated December 11, 2009 ("the Agreement") wherein the Defendants have agreed to the entry of this judgment;

  WHEREFORE, with the consent of the Parties, through their undersigned attorneys, and with the approval of this Court, it is hereby finally ORDERED, ADJUDGED AND DECREED as follows:

1.     The Court has jurisdiction over the parties and the subject matter of this action.

2.     PSN owns and has standing to sue for infringement of United States Patent No. 5,585,476, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on December 17, 1996, United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Jan. 5, 1999, and United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("PSN's Patents").

3.     Each of the claims of PSN's Patents is valid and enforceable.

4.     The Defendants agree to and hereby waive and relinquish the right to ever contest the validity or enforceability of either of PSN Patents and any of their claims in their present form, whether such assertion of invalidity or unenforceability would be made in a court proceeding or Patent Office proceeding, and whether or not such assertion is made with respect to the infringing products in this action or with respect to any other products that may be made, used, sold and/or offered for sale by the Defendants in the future.

5.     All claims and defenses of each of the Parties are hereby dismissed with prejudice.

6.     The parties shall each bear their own costs and attorney fees incurred in this action, and the Court shall retain jurisdiction to enforce the terms of this Consent Judgment Order and the corresponding Agreement between the parties concerning this action.

Dated: _____1 / 13_____ 2010

Honorable William J. Hibbler
United States District Court Judge

Shana M. Solomon
General Counsel, Biosciences Division
ThermoFisher Scientific

Michael P. Mazza
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Tel: (630) 858-5071
Fax: (630) 282-7123

Attorney for PSN Illinois, LLC