AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

PSN ILLINOIS, LLC, an Illinois Corporation
Plaintiff

V.

GenScript Corporation, Life Technologies Corporation, Dharmacon, Inc., Open Biosystems, Inc. and Abbot Bioresearch Center, Inc.
Defendants

CASE NUMBER: 09-5879

ASSIGNED JUDGE: Hibbler

DESIGNATED MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Life Technologies Corporation
c/o Its Registered Agent
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL P. MAZZA, LLC
686 Crescent Boulevard
Glen Ellyn, IL 60137
Telephone: (630) 858-5071

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

January 13, 2010
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date              *Signature of Server*

                          _____
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

| PSN ILLINOIS, LLC | VS GENSCRIPT CORPORATION et al | 09-5879 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served LIFE TECHNOLOGIES CORPORATION
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with MARY DRUMMOND            PROCESS AGENT (AUTHORIZED TO ACCEPT) At
                      NAME                                RELATIONSHIP

☐ Residence _____
                   ADDRESS              CITY / STATE

☒ Business C/O CORPORATION SERVICE CO 2711 CENTERVILLE RD. WILMINGTON, DE
              ADDRESS                                    CITY / STATE

On 1/15/10                             AT 12:45 PM
      DATE                                 TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                  DATE
from _____
     CITY       STATE       ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                  DATE  TIME       DATE  TIME
(3)_____ (4)_____ (5)_____
  DATE  TIME    DATE  TIME    DATE  TIME

AGE ____ 45 Sex F Race WH Height 5'6 Weight 140 HAIR BLACK

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 15TH day of JANUARY , 2010.

_____
SIGNATURE OF NOTARY PUBLIC

**OFFICIAL SEAL**
KEVIN DUNN    NOTARY PUBLIC
NEW CASTLE COUNTY STATE OF DELAWARE
MY COMMISSION EXPIRES NOV. 23, 2010

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS