U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 1:09-CV-5879
PSN ILLINOIS, LLC,
    v.
GENSCRIPT CORPORATION, LIFE TECHNOLOGIES
CORPORATION, DHARMACON, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ABBOTT BIORESEARCH CENTER, INC.

| NAME (Type or print) |
| --- |
| Karen J. Nelson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Karen J. Nelson |

| FIRM |
| --- |
| Abbott Laboratories |

| STREET ADDRESS |
| --- |
| 100 Abbott Park Road |

| CITY/STATE/ZIP |
| --- |
| Abbott Park, IL 60064 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6272781 | 847-937-3747 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |